**Linda COOK, Respondent Pro Se,**

v.

**Jerry COOK, Appellant.**

**No. WD 60103.**

Missouri Court of Appeals,
Western District.

July 30, 2002.

Linda Cook, Laramie, WY, Respondent Pro Se.

John R. Shank, Jr., Kansas City, MO, for Appellant.

Before BRECKENRIDGE, P.J., LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

Husband appealed from a decree of dissolution of marriage. This court found that: 1) the trial court did not abuse its discretion in dividing the marital property; 2) appellant abandoned his point on appeal concerning security for Wife's tax liability; and 3) appellant's point concerning the order of protection and maintenance had been rendered moot. The judgment of the trial court is affirmed. Rule 84.16(b).